AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

JAY ROSSI, individually and on behalf of a
nationwide class of similarly situated individuals

| | |
|---|---|
| CASE NUMBER: | 1:19-cv-01417 |
| V. | |
| | ASSIGNED JUDGE: Hon. Manish S. Shah |
| GENERAL NUTRITION CORPORATION and GRENADE® USA, LLC | DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox |

TO: (Name and address of Defendant)

Grenade® USA, LLC
c/o Registered Agent
Sundoc Filings
874 Walker Road Suite C
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

Cheiz Chambers

(By) DEPUTY CLERK



March 14, 2019

DATE

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-01417

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  GRENADE® USA, LLC

was received by me on *(date)*  3/15/19

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  JANE DIXON (MANAGING AGENT) , who is

designated by law to accept service of process on behalf of *(name of organization)*  GRENADE® USA, LLC

C/O SUNDOC FILINGS, 874 WALKER ROAD, SUITE C, DOVER, DE 19904 on *(date)* 3/15/19 AT 1:30 PM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 3/15/19 _____

_____
*Server's signature*

GRANVILLE MORRIS        PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD, PO BOX 1360,
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT; NOTICE; STANDING
ORDER

SWORN TO ME ON 3/15/19

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020