AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SERVED**

### ALIAS SUMMONS IN A CIVIL CASE

JAY ROSSI

V.

GENERAL NUTRITION CORPORATION and
GRENADE® USA, LLC

CASE NUMBER: 1:19-cv-01417

ASSIGNED JUDGE: Hon. Manish S. Shah

DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

Grenade® USA, LLC
c/o Registered Agent
Sean Gagne
815 Reservoir Ave, Ste. 1A
Cranston, Rhode Island 02910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Patryja Janecek*

(By) DEPUTY CLERK



June 12, 2019

DATE



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAY ROSSI, individually and on behalf of a ~~nationwide class of similarly~~ situated individuals,<br><br>Plaintiff,<br>v.<br><br>GENERAL NUTRITION CORPORATION and GRENADE® USA, LLC,<br>Defendants. | No. 1:19-cv-01417<br><br>Honorable Manish S. Shah |

### PLAINTIFF AND GENERAL NUTRITION CORPORATION'S JOINT INITIAL STATUS REPORT

Plaintiff JAY ROSSI and Defendant GENERAL NUTRITION CORPORATION ("GNC") submit the following as their Joint Initial Status Report:

1. **The Nature of the Case**: Plaintiff contends that he was injured by a dietary supplement called Grenade – Thermo Detonator ("GTD"). GTD is allegedly manufactured and promoted by Defendant Grenade USA, LLC, and allegedly sold and promoted by GNC at GNC stores and online.

   a. **Attorneys of record for each party, including lead trial attorney**:

*For Plaintiff Jay Rossi,*

**James C. Vlahakis (lead attorney)**
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
630-575-8181
Fax: 630-575-8188
jvlahakis@sulaimanlaw.com

*For Defendant GNC,*

**Christopher S. Hennessy (lead attorney)**
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
312-474-4493  Fax: 312-878-2003

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAY ROSSI, | |
| Plaintiff, | No. 1:19-cv-01417 |
| v. | |
| GENERAL NUTRITION CORPORATION and GRENADE USA, LLC, | Honorable Manish S. Shah |
| Defendants. | |

**PLAINTIFF JAY ROSSI'S REPORT TO THE COURT REGARDING DEFENDANT GRENADE USA, LLC**

Now Comes the Plaintiff, JAY ROSSI, and as a supplement to the Joint Status Report filed by Plaintiff and Defendant GENERAL NUTRITION CORPORATION ("GNC"), Plaintiff submits the following Status Report Regarding Defendant GRENADE USA, LLC ("Grenade USA"):

**Introduction – Corporate Information for Defendant Grenade USA**

1. As set forth below, Grenade USA was served with the original Complaint on March 15, 2019. Dkt. 7. Grenade USA, however, has not appeared and has not answered the Complaint. Plaintiff filed a First Amended Complaint ("FAC") on May 22, 2019. Dkt. 10.

2. Grenade USA is a Delaware Limited Liability Company and maintains its principal office in Cranston, Rhode Island. Dkt. 1, Complaint, ¶¶ 54, 51; FAC ¶¶ 53, 50-51.

3. The State of Rhode Island and Providence Plantations Office of the Secretary of State, lists Grenade USA as Foreign Limited Liability Company organized under the laws of Delaware, with the assigned Identification Number of 001329856. Complaint, ¶50; FAC ¶ 51.

4. The following is a true and accurate screen capture of the Rhode Island and Secretary of State's search result, "Entity Summary", for Grenade USA is depicted on the below page:

1

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 18 2019 |
| NAME OF SERVER (PRINT) Ashley WADDINGTON | TITLE Constable #151 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Grenade USA LLC @ 815 Ryservoir Ave Ste. 1A Cranston RI 02910 C/O Registered Agent Sean Gagne

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 18 2019 @ 1155 AM
Date

Signature of Server

Ashley Waddington
Constable #151
P.O. Box 284
East Greenwich, RI 02818

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.