**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Jay Rossi

                Plaintiff,

v.                                           Case No.: 1:19−cv−01417
                                                            Honorable Manish S. Shah

General Nutrition Corporation, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 25, 2019:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Discovery under the MIDP shall be exchanged by 10/21/19. Defendant Grenade USA may file an amended answer by 10/2/19. All fact discovery, including treating professionals, must be noticed in time to be completed by 3/23/20. Any requests to amend the pleadings must be made by 1/14/20. An agreed proposed protective order may be submitted to proposed_order_shah@ilnd.uscourts.gov. The parties may contact susan_mcclintic@ilnd.uscourts.gov for a settlement referral. Continued status hearing is set for 11/21/19 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.