# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Jay Rossi

                                          Plaintiff,

v.                                                                  Case No.: 1:19–cv–01417

                                                                         Honorable Manish S. Shah

General Nutrition Corporation, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 9, 2020:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. The fact discovery deadline is extended to 6/15/20. The deadline to request amendment of the pleadings remains set for 1/14/20. Continued status hearing is set for 4/8/20 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.