# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAY ROSSI, individually and on behalf of a nationwide class of similarly situated individuals,<br><br>    Plaintiff,<br>v.<br><br>GENERAL NUTRITION CORPORATION and GRENADE® USA, LLC,<br>    Defendants. | No. 1:19-cv-01417<br><br>Honorable Manish S. Shah |

## **UNCONTESTED MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant General Nutrition Corporation, by and through its undersigned counsel, respectfully moves this Court pursuant to Local Rule 83.17 for the entry of an Order of substitution of counsel. In support of this Motion, General Nutrition Corporation states as follows:

1. On March 20, 2019, attorney Christopher Sean Hennessy of Cozen O'Connor filed an Appearance as counsel of record for General Nutrition Corporation (Doc. #6).

2. On August 28, 2019, attorneys Catherine Basque Weiler and Natalie J. Eschbach of Swanson, Martin & Bell, LP filed their Appearances as counsel of record for defendant Grenade USA, LLC (Doc. #36, 38). On September 19, 2019, attorneys Nicole Battisti and Arthur Liederman of Morrison Mahoney LLP filed Motions for Leave to Appear *Pro Hac Vice*, also on behalf of Grenade USA, LLC (Doc. #42, 43). Those motions were granted on November 15, 2019 (Doc. #55).

3. By agreement between General Nutrition Corporation and Grenade USA, LLC, Grenade USA, LLC's counsel seeks leave to enter their Appearances as counsel of record for General Nutrition Corporation, substituting for General Nutrition Corporation's current counsel of record.

2

4. General Nutrition Corporation therefore moves this Court for the entry of an Order allowing Mr. Hennessy to withdraw his Appearance on behalf of General Nutrition Corporation in this matter for all purposes, and Ms. Weiler, Ms. Eschbach, Ms. Battisti, and Mr. Lederman seek leave of this Court for the entry of an Order allowing their substitution as counsel on behalf of General Nutrition Corporation.

5. This substitution of counsel will not cause any delay in the litigation.

6. Counsel for Plaintiff has been advised of this substitution and does not raise an objection.

Dated: March 3, 2020    Respectfully submitted,

General Nutrition Corporation

By:  /s/ Christopher S. Hennessy
Christopher S. Hennessy (06237293) chennessy@cozen.com
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois  60606
(312) 474-7900


By:  /s/ Arthur J. Liederman
Arthur J. Liederman (admitted *PHV*) ALiederman@morrisonmahoney.com
Nicole M. Battisti (admitted *PHV*) NBattisti@morrisonmahoney.com
MORRISON MAHONEY LLP
Wall Street Plaza
88 Pine Street, Suite 1900
New York, NY 10005
(212) 825-1212


By:  /s/ Natalie J. Eschbach
Natalie J. Eschbach (6303259) neschbach@smbtrials.com
Catherine Basque Weiler (6271923) cweiler@smbtrials.com
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100