# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jay Rossi

                              Plaintiff,

v.                                                            Case No.: 1:19−cv−01417

                                                                             Honorable Manish S. Shah

General Nutrition Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 14, 2020:

      MINUTE entry before the Honorable Manish S. Shah: The parties report they have reached a settlement. This case is dismissed without prejudice and with leave to reinstate by 12/14/20. If no motion for leave to reinstate is filed by 12/14/20, then the dismissal shall automatically convert to one with prejudice. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.